IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

Eastern District of Kentucky
**FILED**
JAN - 4 2013
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| ANTHONY J. ALLEN<br><br>Plaintiff,<br><br>v.<br><br>TRIDENT ASSET MANAGEMENT and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:12-cv-161-DLB-JGW<br><br>Judge Bunning<br><br>Magistrate Judge Wehrman |

**STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE
OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiff Anthony J. Allen and Defendant Experian Information Solutions, Inc. hereby agree that all matters with respect to Experian ONLY have been compromised and settled, and that Plaintiff's causes of action against Experian should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

1/4/13

Signed By:
David L. Bunning
United States District Judge

Judge David L. Bunning

/s/ Steven C. Shane
Steven C. Shane (0041124)
*Trial Attorney*
321 Fairfield Ave.
P.O. Box 73067
Bellevue, Ky. 41073
(859) 431-7800
(859) 431-3100 facsimile
shanelaw@fuse.net

*Attorney for Plaintiff*

/s/ Courtney Snyder
Courtney L. Snyder* (PA ID 307097)
*Trial Attorney*
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone:   (412) 394-7910
Facsimile:   (412) 394-7959
clsnyder@jonesday.com
**Admitted Pro Hac Vice*

*Attorney for Defendant
Experian Information Solutions, Inc.*

PII-1261257v1