Eastern District of Kentucky
**F I L E D**

MAR 2 8 2013

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISION AT COVINGTON

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| **ANTHONY J. ALLEN** | : | |
| **Plaintiff** | : | |
| | : | **Case No. 2:12cv161** |
| | : | |
| **vs.** | : | **Judge Bunning** |
| | : | |
| | : | **Magistrate Judge Wehrman** |
| | : | |
| | : | |
| **TRIDENT ASSET** | : | |
| **MANAGEMENT, et al.** | : | |
| **Defendants** | : | |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All matters having been amicably resolved to the satisfaction of all parties, the above-captioned matter is hereby dismissed with prejudice as to refiling as to all claims and all parties.


**/s/Steven C. Shane**
Steven C. Shane (#0041124)
Trial Attorney for Plaintiff
P.O. Box 73067
Bellevue, KY 41073
(859) 431-7800
(859) 431-3100 facsimile
shanelaw@fuse.net

Attorney for Plaintff


**/s/Randy T. Slovin**
Slovin & Associates Co. LPA
Randy T. Slovin (Ky. Bar. 91743)
8150 Corporate Park Dr., Suite 350
Cincinnati, Ohio 45242
phone: (513) 683-9000
phone: (877) 456-1324
fax (513) 683-9073
SCLPA@SCLPA.com

Attorney for Defendant, Trident


*IT IS SO ORDERED*
*3/28/13*

Signed By:
David L. Bunning
United States District Judge